966 F.2d 678
 U.S.
v.
Herring (Bobby Hugh), Holley (Geraldine Sims), a/k/a Holley
(Tokie), Taylor (Elmer Frank), Wilkerson (Thomas Jan), a/k/a
Wilkerson (Tommy), Hatley (Charles Anthony), Hatley (Tony),
a/k/a Rat, Meyers (Lamont Lawrence), Igo (James Michael),
a/k/a Igo (Mike), Carter (Robert Joseph), Carter (Buddy),
Morrison (Leon Robert), a/k/a Morrison (Bobby), Ruff (Jack
Warren), a/k/a Whitley, Hooks (Robert Alex), a/k/a Hooks (Bob)
 NO. 90-7039
 United States Court of Appeals,
Eleventh Circuit.
 June 02, 1992
 S.D.Ala., 955 F.2d 703
 
 1
 DENIALS OF REHEARING EN BANC.